IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-0767 MMC<br><br>**ORDER GRANTING IN PART REQUEST FOR CONTINUANCE; CONTINUING CASE MANAGEMENT CONFERENCE; EXTENDING DEADLINE FOR SERVICE OF PROCESS** |

      Before the Court is plaintiff Elizabeth Karnazes' declaration, filed June 1, 2009 in lieu of a Case Management Conference Statement, and by which said plaintiff seeks a six-month continuance of the June 5, 2009 Case Management Conference for purposes of amending and serving the complaint and retaining counsel.

      The above-titled action was filed February 20, 2009.  Other than the instant declaration and request, no other filing has been submitted in the approximately four months elapsing since that date.  Consequently, if the Court were to grant the instant request, the case will have been pending for the better part of a year without any significant activity having occurred therein.

      Under the circumstances, the Court will deny the relief requested.  The Court will, however, grant plaintiff a limited extension of both the statutory deadline for service of process, see Fed. R. Civ. P. 4(m) (providing summons and complaint shall be served no

later than 120 days after filing of complaint), and the scheduled date of the Case Management Conference.

Accordingly, the deadline for service of the summons and complaint is hereby EXTENDED to July 10, 2009,[1] and the Case Management Conference presently scheduled for June 5, 2009 is hereby CONTINUED to August 21, 2009.  A Joint Case Management Conference Statement shall be filed no later than August 14, 2009.

**IT IS SO ORDERED.**

Dated:  June 2, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court notes the two named defendants are, respectively, a local municipality and an employee thereof.  Neither would appear to present any difficulty with respect to service.