IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH KARNAZES,

    Plaintiff,

  v.

COUNTY OF SAN MATEO, et al.,

    Defendants.
_____/

No. C-09-0767 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; RE-SCHEDULING CASE MANAGEMENT CONFERENCE; DIRECTIONS RE: FUTURE FILINGS**

      The Court is in receipt of plaintiff's response to the Court's August 21, 2009 Order to Show Cause.

      Good cause appearing, the Order to Show Cause is hereby DISCHARGED, and the Case Management Conference is hereby RE-SCHEDULED for November 6, 2009 at 10:30 a.m.  The parties need not file a new case management statement in advance of that proceeding unless the circumstances described in the parties' previously-filed respective statements have changed.

      Both parties are hereby DIRECTED to include on the title page of any future filing both the **date and time** of any hearing or other court proceeding to be held in connection therewith.

      **IT IS SO ORDERED.**

Dated:  September 1, 2009

                                              MAXINE M. CHESNEY
                                              United States District Judge