IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES, | No. C 09-767 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO COMPEL AND MOTION FOR SANCTIONS** |
| v. | |
| COUNTY OF SAN MATEO, et al, | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, defendants County of San Mateo and Deborah Titone's Motion to Compel and Motion for Sanctions, each filed September 23, 2009, as well as all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: October 1, 2009

MAXINE M. CHESNEY
United States District Judge

_____

[1] The October 30, 2009 hearing date before the undersigned is vacated.