# UNITED STATES DISTRICT COURT
## Northern District of California

ELIZABETH KARNAZES,

        Plaintiff(s),

v.

COUNTY OF SAN MATEO,

        Defendant(s).

No. C 09-00767 MMC (MEJ)

**ORDER TO SHOW CAUSE**

On December 22, 2009, the Defendants in the above-captioned matter filed a request for a discovery telephonic conference. (Dkt. #36.) In their request, Defendants state that Plaintiff is not complying with her discovery obligations in this case. Based on Defendants' request, the Court ordered the parties to appear for an in-person meet and confer session on January 20, 2010, in the undersigned's courtroom. (Dkt. #38.)

On January 20, 2010, David Silberman, counsel for Defendants, appeared for the meet and confer session. Plaintiff failed to appear. The Court notes that this appears to be part of a developing pattern in which Plaintiff fails to comply with her obligations in this case. Specifically, the Honorable Maxine M. Chesney, the presiding judge in this matter, has already issued an order to show cause for Plaintiff's failure to prosecute. (Dkt. #16.)

Accordingly, the Court hereby ORDERS Plaintiff Elizabeth Karnazes to show cause why sanctions should not be imposed, including evidence exclusion, monetary sanctions awarded to Defendants, and/or dismissal of her case for failure to prosecute and comply with court orders. Plaintiff shall file a declaration by February 4, 2010, and the Court shall conduct a hearing on February 11, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 20, 2010

        Maria-Elena James
        Chief United States Magistrate Judge