UNITED STATES DISTRICT COURT

Northern District of California

ELIZABETH KARNAZES,

                Plaintiff(s),               No. C 09-00767 MMC (MEJ)

   v.

COUNTY OF SAN MATEO,                **ORDER VACATING OSC**

                Defendant(s).               **ORDER RE MEET AND CONFER**

_____/

       This matter is currently scheduled for an Order to Show Cause hearing on February 11, 2010. The relevant background leading up to the OSC can be found in the Court's January 20, 2010 Order to Show Cause (Dkt. #39). The Court is now in receipt of declarations from both sides in response to the OSC. (Dkt. ## 40, 41.) Upon review of Plaintiff's reasons for failing to appear at a scheduled meet-and-confer session, and in an effort to avoid any "he said, she said" contentious developments that do nothing to aid in the resolution of this case, the Court hereby VACATES the February 11, 2010 OSC hearing. However, Plaintiff should be mindful of her duty to comply with her discovery obligations. Accordingly, the Court hereby ORDERS as follows:

1) Plaintiff shall contact Defendant's counsel within five days of the date of this Order and provide her availability for a meet and confer session regarding the issues raised in Mr. Silberman's December 22, 2009 Declaration (Dkt. #36-1). Plaintiff shall provide her availability for all weekdays, up through and including February 26, 2010.

2) Once Plaintiff provides her availability, Defendant's counsel shall choose one of the available dates for a meet and confer, and shall inform Plaintiff of his choice as soon as possible, but no later than 48 hours in advance.

3) The parties shall thereafter comply with the undersigned's discovery standing order if unable to resolve their disputes at the meet and confer session.

4) Because this is an e-file case, email is an acceptable form of communication and both parties are considered on notice when email is sent to the address registered in this case.

Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: February 5, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge