# UNITED STATES DISTRICT COURT
## Northern District of California

ELIZABETH KARNAZES,

        Plaintiff(s),

    v.

COUNTY OF SAN MATEO,

        Defendant(s).
_____/

No. C 09-00767 MMC (MEJ)

**THIRD ORDER TO SHOW CAUSE**

On February 5, 2010, the Court ordered Plaintiff to contact Defendant's counsel, David Silberman, within five days and provide her availability for a meet and confer session regarding the issues raised in Mr. Silberman's December 22, 2009 Declaration. (Dkt. #42.) The Court is now in receipt Mr. Silberman's February 12, 2010 letter (Dkt. #43) regarding Plaintiff's failure to comply with the February 5 Order, as well as her continued failure to comply with discovery obligations in general. Plaintiff's failure to diligently prosecute her case is consistent, and potentially cause for dismissal pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b). Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed pursuant to Rules 37(b)(2) and 41(b). Plaintiff shall file a declaration by February 25, 2010, and the Court shall conduct a hearing on March 4, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: February 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge