1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
DAVID A. SILBERMAN, DEPUTY (SBN 211708)
2 | Hall of Justice and Records
400 County Center, 6th Floor
3 | Redwood City, CA 94063
Telephone: (650) 363-4749
4 | Facsimile: (650) 363-4034
E-mail: dsilberman@co.sanmateo.ca.us
5
Attorneys for Defendants
6 | COUNTY OF SAN MATEO, DEBORAH TITONE

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | ELIZABETH KARNAZES,                    Case No. CV 09-767 MMC (MEJ)

12 |         Plaintiff,                     STIPULATION AND [PROPOSED] ORDER
                                           EXTENDING DEADLINE TO CONDUCT
13 |     vs.                               MEDIATION

14 | COUNTY OF SAN MATEO and DEBORAH        ADR L.R. 6-5
       TITONE,
15
              Defendants.
16

17

18 |                         **RECITALS**

19 |         WHEREAS on November 6, 2009 the parties appeared before Judge Chesney and she ordered

20 | that mediation occur within 120 days, which would be March 6, 2010;

21 |         WHEREAS initially the ADR Program attempted to arrange a pre-mediation conference, but no

22 | conference was held;

23 |         WHEREAS on December 28, 2010 Matthew Pavone was assigned as the mediator;

24 |         WHEREAS there was difficult in setting up an initial pre-mediation conference, which finally did

25 | occur on February 25, 2010;

26 |         WHEREAS at that pre-mediation conference, the first date available for all parties to mediate was

27 | April 28, 2010 and the parties agreed to mediate on April 28, 2010;

28 |         WHEREAS ADR Local Rule 6-5 requires an order from this Court to extend the deadline to

1   complete mediation; and

2       WHEREAS all parties and the mediator jointly wish to extend the deadline to complete mediation

3   to April 28, 2010.

4                                       **STIPULATION**

5       IT IS HEREBY STIPULATED by and between the plaintiff and all defendants that the Court

6   may Order that the deadline to complete mediation be extended to April 28, 2010.

7

8   Dated:  March 9, 2010                By: _____

9                                        Elizabeth Karnazes

10                                       Attorney for Plaintiff

11                                       ELIZABETH KARNAZES

12  Dated:  March 9, 2010                MICHAEL P. MURPHY, COUNTY COUNSEL

13                                       By:_____/s/_____

14                                           David A. Silberman, Deputy[1]

15                                       Attorneys for Defendants

16                                       COUNTY OF SAN MATEO, et al.

17

18                               **[PROPOSED] ORDER**

19      Based upon the stipulation of the parties herein and good cause appearing, the Court hereby

20  extends the deadline for completing mediation from March 6, 2010 to April 28, 2010.

21      IT IS ORDERED.

22  Dated:  March 11  , 2010

23                                       MAXINE M. CHESNEY, JUDGE
                                         UNITED STATES DISTRICT COURT

24

25

26

27  _____
    [1]I, David Silberman hereby attest, pursuant to General Order 45, section X.B, that concurrence in the
28  filing of the document has been obtained from the other signatory.