```
MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
DAVID A. SILBERMAN, DEPUTY (SBN 211708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4749
Facsimile:  (650) 363-4034
E-mail:  dsilberman@co.sanmateo.ca.us
```

Attorneys for Defendants
COUNTY OF SAN MATEO, DEBORAH TITONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN MATEO and DEBORAH TITONE,<br><br>            Defendants. | Case No. CV 09-767 MMC (MEJ)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION<br><br>ADR L.R. 6-5 |

### RECITALS

WHEREAS on November 6, 2009 the parties appeared before Judge Chesney and she ordered that mediation occur within 120 days, which would be March 6, 2010;

WHEREAS initially the ADR Program attempted to arrange a pre-mediation conference, but no conference was held;

WHEREAS on December 28, 2010 Matthew Pavone was assigned as the mediator;

WHEREAS there was difficult in setting up an initial pre-mediation conference, which finally did occur on February 25, 2010;

WHEREAS at that pre-mediation conference, the first date available for all parties to mediate was April 28, 2010 and the parties agreed to mediate on April 28, 2010;

WHEREAS ADR Local Rule 6-5 requires an order from this Court to extend the deadline to

1  complete mediation; and

2  WHEREAS all parties and the mediator jointly wish to extend the deadline to complete mediation
3  to April 28, 2010.

4  **STIPULATION**

5  IT IS HEREBY STIPULATED by and between the plaintiff and all defendants that the Court
6  may Order that the deadline to complete mediation be extended to April 28, 2010.

8  Dated: March 9, 2010                                By: /s/ Elizabeth Karnazes

10  Attorney for Plaintiff
11  ELIZABETH KARNAZES

12  Dated: March 9, 2010                               MICHAEL P. MURPHY, COUNTY COUNSEL

13  By:_____/s/_____
14  David A. Silberman, Deputy[1]

15  Attorneys for Defendants
    COUNTY OF SAN MATEO, et al.

18  ~~[PROPOSED]~~ **ORDER**

19  Based upon the stipulation of the parties herein and good cause appearing, the Court hereby
20  extends the deadline for completing mediation from March 6, 2010 to April 28, 2010.

21  IT IS ORDERED.
22  Dated: March 11, 2010

    MAXINE M. CHESNEY, JUDGE
23  UNITED STATES DISTRICT COURT

---

[1] I, David Silberman hereby attest, pursuant to General Order 45, section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

Case No. CV 09-767 MMC (MEJ)                           2
NOTICE OF MOTION AND MOTION FOR SANCTIONS