UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ELIZABETH KARNAZES,
    Plaintiff,

No. C 09-0767 MMC

v.

COUNTY OF SAN MATEO, et al.,
    Defendants.
_____/

**ORDER APPROVING REQUEST FOR DEFENDANT DEBORAH TITONE NOT TO ATTEND THE MEDIATION SESSION**

Date:    April 28, 2010
Mediator:  Matthew Pavone

    IT IS HEREBY ORDERED that the request for defendant Deborah Titone not to appear at the April 28 mediation before Matthew Pavone is GRANTED.

    IT IS SO ORDERED.

March 16, 2010    By:    *Elizabeth D. Laporte*
Dated                              Elizabeth D. Laporte
                                  United States Magistrate Judge