**UNITED STATES DISTRICT COURT**

Northern District of California

ELIZABETH KARNAZES,

               Plaintiff(s),            No. C 09-0767 MMC (MEJ)

   v.

COUNTY OF SAN MATEO,        **ORDER STRIKING PLAINTIFF'S APRIL 6, 2010 LETTER**

               Defendant(s).

_____/

     On April 6, 2010, Plaintiff Elizabeth Karnazes filed a discovery dispute letter. (Dkt. #57.) As Plaintiff's letter does not comply with the undersigned's discovery standing order, the Court hereby STRIKES Plaintiff's letter. Plaintiff is reminded that any future failure to comply with the discovery standing order on her part may result in the imposition of sanctions.

     **IT IS SO ORDERED.**

Dated: April 6, 2010

                                                                         Maria-Elena James
                                                                       Chief United States Magistrate Judge