UNITED STATES DISTRICT COURT

Northern District of California

ELIZABETH KARNAZES,

          Plaintiff(s),

   v.

COUNTY OF SAN MATEO,

          Defendant(s).

_____/

No. C 09-0767 MMC (MEJ)

**ORDER STRIKING PLAINTIFF'S DISCOVERY LETTERS (DKT ##60-62)**

    The Court is in receipt of three discovery letters filed by Plaintiff on April 6, 2010. (Dkt. ##60-62.) Because Plaintiff's letters do not comply with the undersigned's discovery standing order and the Court's March 1, 2010 Order (Dkt. #47), the Court hereby STRIKES Plaintiff's letters.

**IT IS SO ORDERED.**

Dated: April 6, 2010

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge