UNITED STATES  DISTRICT COURT

Northern District of California

ELIZABETH KARNAZES,

               Plaintiff(s),

   v.

COUNTY OF SAN MATEO,

               Defendant(s).

_____/

No. C 09-0767 MMC (MEJ)

**ORDER SCHEDULING JOINT
HEARING RE: DKT. ## 72, 79**

      Pending before the Court are Defendants' Motion for an Order to Show Cause (Dkt. #72) and Motion for Sanctions (Dkt. #79).  As the matters are currently scheduled for separate hearing dates, the Court hereby SCHEDULES a joint hearing on July 1, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      Further, although Plaintiff filed a notice of unavailability from June 3 through June 27, 2010, (Dkt. #80), Defendants filed both motions prior to her notice; therefore, she is expected to comply with the briefing requirements established in Civil Local Rule 7.

      **IT IS SO ORDERED.**

Dated: June 1, 2010

_____

Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California