UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ELIZABETH KARNAZES,<br><br>　　　　　　Plaintiff,<br>　v.<br>COUNTY OF SAN MATEO and DEBORAH TITONE,<br><br>　　　　　　Defendants.<br>_____/ | No. C 09-0767 MMC (MEJ)<br><br>**ORDER RE: MOTION FOR ORDER TO SHOW CAUSE** |

Pending before the Court is Defendants' motion for an order to show cause. (Dkt. #72.) In their motion, Defendants request that the Court issue an order for Mark Heitner, M.D., to show cause why he should not be held in contempt for failure to appear at his noticed deposition. The Court is now in receipt of Plaintiff's opposition thereto, in which she provides Dr. Heitner's declaration in response. (Dkt. #86.) From his declaration, it appears that Dr. Heitner believes that an order to show cause has already issued. However, the purpose of Defendants' motion is for the Court to determine whether such an order should be issued. Accordingly, Dr. Heitner need not appear at the July 1, 2010 hearing. If the Court determines that an order to show cause should be issued, Dr. Heitner shall be ordered to appear before the Court at that time.

**IT IS SO ORDERED.**

Dated: June 8, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge