IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES, | No. C 09-0767 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTY OF SAN MATEO and DEBORAH TITONE, | |
| Defendants. / | |

On August 6, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. Counsel for defendants appeared. This is plaintiff's second failure to appear as ordered at a scheduled Case Management Conference.

Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than August 20, 2010, why the case should not be dismissed for failure to prosecute and why other sanctions should not be imposed.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 6, 2010

MAXINE M. CHESNEY
United States District Judge