IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO and DEBORAH TITONE,<br><br>            Defendants.<br>_____/ | No. C 09-0767 MMC<br><br>**ORDER RE: ORDER TO SHOW CAUSE; IMPOSING SANCTIONS** |

      Before the Court is plaintiff's response to the Court's Order to Show Cause, issued August 6, 2010, as to why sanctions should not be imposed for plaintiff's failure to appear as ordered at the Case Management Conference scheduled for August 6, 2010. Also before the Court is the declaration of defendants' counsel, setting forth the costs incurred by defendants in connection with counsel's preparation for and attendance at the Conference as ordered.

      Having read and considered plaintiff's response, the Court finds plaintiff has failed to show good cause for her failure to appear. In particular, the Court notes that the instant failure to appear at a regularly scheduled case management conference represents the second such failure on plaintiff's part (see Order to Show Cause, filed Aug. 6, 2009) and constitutes a pattern of non-appearance and non-compliance manifested throughout the course of the above-titled litigation (see, e.g., Orders filed Feb. 17, 2010, Apr. 6, 2010,

July 2, 2010). Plaintiff's explanation, in each instance, is similar: difficulty in dealing with electronic filing procedures and keeping track of court dates. Irrespective of whether plaintiff's most recent failure to appear was intentional, however, the Court finds such lack of compliance is disruptive of the orderly conduct of court proceedings, particularly given the proximity of the trial date, and that sanctions are appropriate. See Fed. R. Civ. P. 16(f).

Further, having read and considered the declaration of defendants' counsel, the Court finds plaintiff's failure to appear has resulted in defendants' having incurred unnecessary costs, specifically, the attorney's fees attributable to defendants' counsel's traveling to and appearing at the August 6 Conference, which fees the Court finds to be reasonable both as to the time spent and the hourly rate.[1]

Accordingly, pursuant to Rule 16 of the Federal Rules of Civil Procedure, plaintiff is hereby ORDERED to pay to defendants sanctions in the sum of $500.[2]

**IT IS SO ORDERED.**

Dated: August 26, 2010

                                                           *Maxine M. Chesney* (signature)
MAXINE M. CHESNEY
United States District Judge

---

[1] The Court likewise finds reasonable the fees attributable to counsel's preparation of the Case Management Statement, but does not find such work was rendered unnecessary by plaintiff's failure to appear.

[2] The Court will defer rescheduling the Case Management Conference pending resolution of defendants' motion for terminating sanctions, noticed for hearing before Magistrate Judge James.